**Electronically Filed
Supreme Court
SCWC-12-0000887
02-SEP-2015
10:40 AM**

SCWC-12-0000887

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

AMANDA SHERMAN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000887; CASE NO. 1DTA-12-02186)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, McKenna, and Wilson, JJ.)

Petitioner/Defendant-Appellant Amanda Sherman's

Application for Writ of Certiorari, filed on July 23, 2015, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, September 2, 2015.

Richard L. Holcomb
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

